Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

_Southern_ District of _MS_

_Western_ Division

SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

APR -2 2020

ARTHUR JOHNSTON
BY_____ DEPUTY

Derrick F T·rtt

Case No. _5:20-cv-94-DCB-MTP_

_(to be filled in by the Clerk's Office)_

_____

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

**-v-**

United States et al.

_____

_Defendant(s)_
_(Write the full name of each defendant who is being sued.  If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Derrick B. Tartt |
| Street Address | 1714 NW 192nd St |
| City and County | Miami Gardens |
| State and Zip Code | FL, 33056 |
| Telephone Number | 773 425-6036 |
| E-mail Address | dtartt8103aol.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title _(if known)_.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | United States of America |
| Job or Title *(if known)* | R.Craig Lawrence, Katherine Palmer-Ball, US Attorneys |
| Street Address | 555 4th St., NW, |
| City and County | Washington |
| State and Zip Code | DC, 20530 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | Gordon Rees Scully |
| Job or Title *(if known)* | Attorney |
| Street Address | 1300 I St., NW, ste 825, Washington DC 20005 |
| City and County | Washington DC |
| State and Zip Code | 20005 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | Leonard J Maarisico, Nathan R. Pittman |
| Job or Title *(if known)* | Attorneys |
| Street Address | 2001 K ST., NW, STE 400 |
| City and County | Washington DC |
| State and Zip Code | DC, 20006 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | M. Patrick Yingling |
| Job or Title *(if known)* | Attorney |
| Street Address | 10 S. Wacker Dr. ste 4000 |
| City and County | Chicago |
| State and Zip Code | IL 60606 |
| Telephone Number | |
| E-mail Address *(if known)* | See certification list and waiver of service list |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question         ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
USEHRA, Civil Rights, Constitution 5th, 7th, 8th 13th,& 14th, Conspiracy,

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* Derrick B. Tartt                    , is a citizen of the

        State of *(name)* FL, MS, DC Courts                    .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*                         , is incorporated

        under the laws of the State of *(name)*                         ,

        and has its principal place of business in the State of *(name)*

        _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* United States                    , is a citizen of

        the State of *(name)* All states of US.                    . Or is a citizen of

        *(foreign nation)* _____.

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?
Alcorn State University in state of MS, Pentagon, & Chicago IL

_____

B.   What date and approximate time did the events giving rise to your claim(s) occur?
1979 & 1980 ad continue today. Torture with RFID and other techniques began in 1996at Fort Knox KY and continues today. Devices were placed during back surgery in IL and overseas see supporting documents.

_____

| | | |
|---|---|---|
| Derrick B. Tartt | | Derrick B. Tartt |
| | Plaintiff - Appellant | Direct: 773-425-6036 |
| | | [NTC Pro Se] |
| | | 1714 NW 192nd Street |
| | | Miami Gardens, FL 33056 |
| | v. | |
| United States of America | | R. Craig Lawrence |
| | Defendant - Appellee | Email: craig.lawrence@usdoj.gov |
| | | [COR NTC Gvt US Attorney] |
| | | U.S. Attorney's Office |
| | | (USA) Civil Division |
| | | Firm: 202-252-2500 |
| | | 555 4th Street, NW |
| | | Washington, DC 20530 |
| United States Department of Justice | | Katherine Palmer-Ball, Assistant U.S. Attorney |
| | Defendant - Appellee | Direct: 202-252-2537 |
| | | Email: katherine.palmer-ball@usdoj.gov |
| | | [COR LD NTC Gvt US Attorney] |
| | | U.S. Attorney's Office |
| | | (USA) |
| | | Firm: 202-252-7566 |
| | | 555 4th Street, NW |
| | | Washington, DC 20530 |
| Wilbur Ross | | Katherine Palmer-Ball, Assistant U.S. Attorney |
| | Defendant - Appellee | Direct: 202-252-2537 |
| | | [COR LD NTC Gvt US Attorney] |
| | | (see above) |

| | | |
|---|---|---|
| Department of Labor | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Steven L. Herrick | Defendant - Appellee | Stephanie Lynn Rapp-Tully, Attorney<br>Direct: 202-375-2220<br>Email: srapptully@fedattorney.com<br>Fax: 202-640-2059<br>[NTC Trial Counsel]<br>Tully Rinckey PLLC<br>Firm: 202-787-1900<br>815 Connecticut Avenue, NW<br>Suite 720<br>Washington, DC 20008 |
| Wyvonnia Bridgeforth | Defendant - Appellee | |
| Elijah Meshiah | Defendant - Appellee | |
| James Childs, Jr. | Defendant - Appellee | |
| Scott Harris & SCOTUS Clerks | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Jeffrey Cole, Magistrate | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| John Darrah, Judge (deceased) | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Suzanne B. Conlon, Judge (retired) | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Joan Humphrey Lefkow, Judge | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Charles Norgle, Judge | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Robert Dow, Jr., Judge | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Ann Claire Williams, Justice (retired) | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537 |

[COR LD NTC Gvt US Attorney]
(see above)

**Richard Posner, Justice (retired)**
Defendant - Appellee

Katherine Palmer-Ball, Assistant U.S. Attorney
Direct: 202-252-2537
[COR LD NTC Gvt US Attorney]
(see above)

**Iiana Rovner, Justice**
Defendant - Appellee

Katherine Palmer-Ball, Assistant U.S. Attorney
Direct: 202-252-2537
[COR LD NTC Gvt US Attorney]
(see above)

**Michael Kanne, Justice**
Defendant - Appellee

Katherine Palmer-Ball, Assistant U.S. Attorney
Direct: 202-252-2537
[COR LD NTC Gvt US Attorney]
(see above)

**Daniel Manion, Justice**
Defendant - Appellee

Katherine Palmer-Ball, Assistant U.S. Attorney
Direct: 202-252-2537
[COR LD NTC Gvt US Attorney]
(see above)

**Kenneth Ripple, Justice**
Defendant - Appellee

Katherine Palmer-Ball, Assistant U.S. Attorney
Direct: 202-252-2537
[COR LD NTC Gvt US Attorney]
(see above)

**Frank Easterbrook, Justice**
Defendant - Appellee

Katherine Palmer-Ball, Assistant U.S. Attorney
Direct: 202-252-2537
[COR LD NTC Gvt US Attorney]
(see above)

**William Bauer, Justice**
Defendant - Appellee

Katherine Palmer-Ball, Assistant U.S. Attorney
Direct: 202-252-2537
[COR LD NTC Gvt US Attorney]
(see above)

**Diane Woods, Chief Justice**
Defendant - Appellee

Katherine Palmer-Ball, Assistant U.S. Attorney
Direct: 202-252-2537
[COR LD NTC Gvt US Attorney]
(see above)

**Army Board for Correction of Military Records**
Defendant - Appellee

Katherine Palmer-Ball, Assistant U.S. Attorney
Direct: 202-252-2537
[COR LD NTC Gvt US Attorney]
(see above)

**James Kubic, US Attorney**
Defendant - Appellee

Katherine Palmer-Ball, Assistant U.S. Attorney
Direct: 202-252-2537
[COR LD NTC Gvt US Attorney]
(see above)

**Richard Dockett, US Attorney**
Defendant - Appellee

Katherine Palmer-Ball, Assistant U.S. Attorney
Direct: 202-252-2537
[COR LD NTC Gvt US Attorney]
(see above)

**Jeffrey Lieb**
Defendant - Appellee

**Steven T. Mnuchin**

Katherine Palmer-Ball, Assistant U.S. Attorney

|                          | Defendant - Appellee | Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
|--------------------------|----------------------|---------------------|
| Terminated: 03/26/2020   | Defendant - Appellee | |
| Leslie Smith, Gen.       | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Karen Wrancher, Col.     | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Mark Esper, Dr.          | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Patrick Shanahan         | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Cheryl Santilli          | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Richard Fiore            | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Janet Granger            | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Samuel Parks             | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Dotress Reeves           | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Charles Wilson           | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| Heather Higgins          | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |

| Alexander Acosta | | |
|---|---|---|
| | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |

| Andrew Braniff | | |
|---|---|---|
| | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |

| Eric Dreiband | | |
|---|---|---|
| | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |

| William P. Barr | | |
|---|---|---|
| | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |

| Antoinette Kwateng | | |
|---|---|---|
| | Defendant - Appellee | |

| Susan Haling | | |
|---|---|---|
| | Defendant - Appellee | |

| Pam Hansford | | |
|---|---|---|
| | Defendant - Appellee | Brian Adam Scotti, Esquire<br>Direct: 202-399-1009<br>Email: bscotti@grsm.com<br>Fax: 202-800-2999<br>[COR LD NTC Retained]<br>Gordon & Rees LLP<br>1101 King Street<br>Suite 520<br>Alexandria, VA 22314-2903<br><br>Courtney R. Abbott, Esquire, Attorney<br>Direct: 202-744-5453<br>Email: cabbott@grsm.com<br>Fax: 202-800-2999<br>[Trial Counsel]<br>Gordon & Rees LLP<br>1101 King Street<br>Suite 520<br>Alexandria, VA 22314-2903<br><br>Laura Ann Weipert, Attorney<br>Direct: 571-319-7826<br>Email: lweipert@grsm.com<br>[COR NTC Retained]<br>Gordon & Rees LLP<br>1101 King Street<br>Suite 520<br>Alexandria, VA 22314-2903 |

| Nader Bozorgi | | |
|---|---|---|
| | Defendant - Appellee | Brian Adam Scotti, Esquire<br>Direct: 202-399-1009<br>[COR LD NTC Retained]<br>(see above)<br><br>Courtney R. Abbott, Esquire, Attorney<br>Direct: 202-744-5453 |

[Trial Counsel]
(see above)

Laura Ann Weipert, Attorney
Direct: 571-319-7826
[COR NTC Retained]
(see above)

Jay Koikemeister
           Defendant - Appellee

Brian Adam Scotti, Esquire
Direct: 202-399-1009
[COR LD NTC Retained]
(see above)

Courtney R. Abbott, Esquire, Attorney
Direct: 202-744-5453
[Trial Counsel]
(see above)

Laura Ann Weipert, Attorney
Direct: 571-319-7826
[COR NTC Retained]
(see above)

900 N. Michigan Surgery Ctr.
           Defendant - Appellee

Brian Adam Scotti, Esquire
Direct: 202-399-1009
[COR LD NTC Retained]
(see above)

Courtney R. Abbott, Esquire, Attorney
Direct: 202-744-5453
[Trial Counsel]
(see above)

Laura Ann Weipert, Attorney
Direct: 571-319-7826
[COR NTC Retained]
(see above)

Ambulatory Anesthesiologist of Chicago
           Defendant - Appellee

Brian Adam Scotti, Esquire
Direct: 202-399-1009
[COR LD NTC Retained]
(see above)

Courtney R. Abbott, Esquire, Attorney
Direct: 202-744-5453
[Trial Counsel]
(see above)

Laura Ann Weipert, Attorney
Direct: 571-319-7826
[COR NTC Retained]
(see above)

Magna Health Systems
           Defendant - Appellee

Brian Adam Scotti, Esquire
Direct: 202-399-1009
[COR LD NTC Retained]
(see above)

Courtney R. Abbott, Esquire, Attorney
Direct: 202-744-5453
[Trial Counsel]
(see above)

Laura Ann Weipert, Attorney
Direct: 571-319-7826
[COR NTC Retained]
(see above)

David Pivnick

Defendant - Appellee

Leonard J. Marsico
Direct: 202-857-2412
Email: lmarsico@mcguirewoods.com
[COR LD NTC Retained]
McGuireWoods LLP
Firm: 202-857-1700
2001 K Street, NW
Suite 400
Washington, DC 20006-1040

Nathan Robert Pittman, Attorney
Direct: 202-857-2469
Email: npittman@mcguirewoods.com
[COR LD NTC Retained]
McGuireWoods LLP
Firm: 202-857-1700
2001 K Street, NW
Suite 400
Washington, DC 20006-1040

James Bennett

Defendant - Appellee

IL Dept. of Insurance

Defendant - Appellee

Lisa Madigan, IL AG

Defendant - Appellee

IL Dept. of Financial and Professional Reg.

Defendant - Appellee

Jay Stewart, IDFPR

Defendant - Appellee

A. Forrester, IDFPR

Defendant - Appellee

J. Fenton, IDFPR

Defendant - Appellee

IL Depart. of Human Rights

Defendant - Appellee

James Bennett

Defendant - Appellee

John Andresak

Defendant - Appellee

Dupage Orthopedic Surgery Ctr.

Defendant - Appellee

Sheldon Nagelberg

Defendant - Appellee

Joanne Bruzgul

           Defendant - Appellee

Ama Insurance

           Defendant - Appellee                    Erik J. Tomberg
   Direct: 312-821-6113
   Email: erik.tomberg@wilsonelser.com
   [COR LD NTC Retained]
   Wilson, Elser, Moskowitz, Edelman & Dicker
   Firm: 312-704-0550
   55 West Monroe Street
   38th Floor
   Chicago, IL 60603

   Jason Richard Waters
   Direct: 703-245-9300
   Email: jason.waters@wilsonelser.com
   Fax: 703-245-9301
   [NTC Trial Counsel]
   Wilson Elser Moskowitz Edelman & Dicker LLP
   Firm: 703-245-9300
   8444 Westpark Drive
   Suite 510
   McLean, VA 22102-5102

Healthcare Service Corporation (Blue Cross/Blue Shield)

           Defendant - Appellee                    M. Patrick Yingling
   Direct: 312-207-2834
   Email: mpyingling@reedsmith.com
   [COR LD NTC Retained]
   Reed Smith LLP
   Firm: 312-207-1000
   10 South Wacker Drive
   Suite 4000
   Chicago, IL 60606-7507

   Molly Campbell
   [NTC Trial Counsel]
   Reed Smith LLP
   Firm: 202-414-9200
   1301 K Street, NW
   Suite 1000, East Tower
   Washington, DC 20005-3317

United States Automobile Assoc. (USAA)

           Defendant - Appellee

Donald Pochyly

           Defendant - Appellee

Northwest Community Healthcare

           Defendant - Appellee

Bruce Crowthers

           Defendant - Appellee

Michael Brohman

           Defendant - Appellee                    Gary C. Adler
   Direct: 703-956-3508
   Email: gadler@adlerlawpllc.com
   Fax: 703-956-3003
   [COR LD NTC Retained]
   Adler Law PLLC
   1818 Library Street
   Suite 500
   Reston, VA 20190

Kamensky Rubinstein Huchman & Deloit
                    Defendant - Appellee

Michael Marx
                    Defendant - Appellee

Phil Williams
                    Defendant - Appellee

Robert Bartolone
                    Defendant - Appellee

Julie Jones
                    Defendant - Appellee

Trevor Desilva
                    Defendant - Appellee

Cynthia Valukas
                    Defendant - Appellee

Manahar Awatrimani
                    Defendant - Appellee

Northwest Suburban Anestesiologist Ltd
                    Defendant - Appellee

McDermott Will & Emory                          Joshua David Rogaczewski
                    Defendant - Appellee        Email: jrogaczewski@mwe.com
                                                [COR LD NTC Retained]
                                                McDermott Will & Emery LLP
                                                Firm: 202-756-8000
                                                500 North Capitol Street, NW
                                                Washington, DC 20001

Brian Hucker                                    Joshua David Rogaczewski
                    Defendant - Appellee        [COR LD NTC Retained]
                                                (see above)

CCA Restoration                                 Patrick E. Deady
                    Defendant - Appellee        Direct: 312-946-1800
                                                Email: ped@hmbr.com
                                                Fax: 312-946-9818
                                                [COR LD NTC Retained]
                                                Hogan Marren Babbo & Rose, Ltd.
                                                321 North Clark Street
                                                Suite 1301
                                                Chicago, IL 60654

                                                John Joseph Grunert, Jr., Esquire
                                                Direct: 202-624-7400
                                                Email: jgrunert@geclaw.com
                                                [COR LD NTC Retained]
                                                Guerrieri, Bartos & Roma, PC
                                                Firm: 202-624-7400
                                                1900 M Street, NW
                                                Suite 700
                                                Washington, DC 20036

BMO Harris Bank

|  | Defendant - Appellee |  |
|---|---|---|
| **CEO Continental Anesthesiologist** | Defendant - Appellee |  |
| **David Carr** | Defendant - Appellee |  |
| **David Unknown** | Defendant - Appellee |  |
| **Delores Pfiffer, (US Army civilian)** | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| **Patrick Gookin** | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney]<br>(see above) |
| **Delores Kennebrew** | Defendant - Appellee | Katherine Palmer-Ball, Assistant U.S. Attorney<br>Direct: 202-252-2537<br>[COR LD NTC Gvt US Attorney] .<br>(see above) |

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Refer to complaint. Involves conspiracy in the Northern District of IL, 7th Cir, Department of Justice, Department of Labor, Department of Defense, IL Attorney General, IL Department Professional Regulations,Il Department of Financial & Professional Regulations, USA Army, Northwest Community Hospital, Northwest Suburban Anesthesiologist, Continental Anesthesiologist, Magna Health Systems, Ambulatory Anesthesiologist of Chicago, Orthopedic Associates of DuPage Surgery Center, Healthcare Associates of America (Blue Cross/Blue Shield), United Service Automobiled Associate, BMO Harris Bank, AMA Insurance,

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Torture with Radio Frequency Implant Devices (without consent and denied due props) have cause disease, pain and disabilities involving sexual function, pain and swelling in extremities. Fraud upon the Court involving Constitution, Civil Rights, Obstruction, USERRA Rights to discriminate while practicing anesthesia.  Fraud upon the Court involving Judges, and (Plaintiff and Defense) Lawyers to deny the rights and benefits of employment both military and civilian employment that are violations of USERRA, Constitution, Civil Rights, Conspiracy, Perjury, suppression and fabrication of evidence in the 7th Cir and Northern District of Ll, Eastern Division

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Damages are due for violations that have been not calculated due to the multiple laws violated and multiple corp. Based on USERRA willful damages are doubled base on USERRA 4323. Estimate damages consistent with USERRA 4302 (Nothing supersedes, nullifies or diminishes) and other discriminatory laws $30,000,000,000.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff   Derrick B. Tartt

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney   Derrick B. Tartt, pro se
Bar Number _____
Name of Law Firm _____
Street Address   1714 NW 192nd St.
State and Zip Code   FL, 33056
Telephone Number   773 425-6036
E-mail Address   dtartt8103@aol.com

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3/31/20

Signature of Plaintiff

Printed Name of Plaintiff    Derrick B. Tartt

**B.    For Attorneys**

Date of signing:    3/31/20

Signature of Attorney

Printed Name of Attorney    Derrick B. Tartt, pro se

Bar Number

Name of Law Firm

Street Address    1714 NW 192nd St.

State and Zip Code    FL, 33056

Telephone Number    773 425-6036

E-mail Address    dtartt8103@aol.com

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on

he caused the foregoing motion to be mailed one copy by first-class mail, postage

prepaid, on the following:

United States of America
            Appellee

R Craig Lawrence
Katherine Palmer-Ball
US Attorney's Office
555 4th St., NW
Washington DC 20530


Courtney R. Abbott
            Appellee

Gordon Rees Scully
Mansulhani LLP
1300 I St., NW
Ste. 825
Washington, DC 20005


Leonard J. Marsico
Nathan R. Pittman
            Appellee

McGuire Woods LLP
2001 K St., NW
Ste. 400
Washington DC 20006


M. Patrick Yingling
            Appellee

Reed Smith, LLP
10 S. Wacker Dr.
Ste. 4000
Chicago, IL 60606


Gary C. Adler
            Appellee

Adler Law, PLLC
1818 Library St.
Ste. 500
Reston, VA 20190


Molly Q. Campbell
            Appellee

Reed  Smith LLP
1301 K Street, NW
Ste. 1100E
Washington, DC 20005

Patrick E. Deady
Truc L. Nguyen
      Appellee

Hogan Marren Babbo &
Rose, LTD
321 N. Clark St.
Ste. 1301
Chicago, IL 60654


Jason R. Waters
      Appellee

Wilson Elser Moskowitz
Edelman & Dicker LLP
8444 Westpark Dr.
Ste. 510
McLean, VA 22102


John J. Grunert, Jr.
      Appellee

Guerrieri Bartos & Roma, PC
1900 M Street, NW
Ste. 700
Washington, DC 20036


Elizabeth A. Hutson
Leonardo J. Marsico
      Appellee

McGuire Woods LLP
2001 K Street, NW
Ste. 400
Washington DC 20006


Stephanie L. Rapp-Tully
      Appellee

Tully Rickey PLLC
815 Connecticut Ave. NW
Ste. 720
Washington DC 20006


Joshua D. Rogaczewski
      Appellee

McDermott Will & Emory LLP
500 N. Capitol St., NW
Washington, DC 20001


Erik Tomberg

Wilson, Elser, Moskowitz,
Elderman & Dicker
55 W. Monroe St.
38th Floor
Chicago, IL 60603

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing USERRA,

REPARATION, APA COMPLAINT was served by first-class mail,

2019, upon:

Department of Justice

                                                 US Dept. of Justice
                                                 950 Pennsylvania Ave. NW
                                                 Washington DC 20330

Wilbur Ross

                                                 Dept. of Commerce
                                                 1401 Constitutional Ave. NW
                                                 Washington DC 20230

Department of Labor

     Dept. of Labor
     200 Constitution Ave NW
     Washington DC 20210

Steven Herrick

     Tully and Rincky Pllc.
     501 W. Broadway
     Ste. 800
     San Diego, CA 92101

Wyvonnia Bridgeforth

     114 Madison St.
     Apt 2
     Oak Park, IL 60302

Elijah Meshiah

     Law Offices
     400 W. 76th St.
     Chicago, IL 60620

| | |
|---|---|
| James Childs, Jr. | Law Offices<br>400 W. 76th St.<br>Chicago, IL 60620 |
| Scott Harris & SCOTUS Clerks | US Supreme Court<br>1 First St. NE<br>Washington DC 20543 |
| Magistrate Jeffrey Cole | US Courthouse<br>219 S. Dearborn St.<br>Chicago, IL 60604 |
| Judge John Darrah (deceased) | US Courthouse<br>219 S. Dearborn St.<br>Chicago, IL 60604 |
| Judge Suzanne Conlon (retired) | US Courthouse<br>219 S. Dearborn St.<br>Chicago, IL 60604 |
| Judge Joan Humphrey Lefkow | US Courthouse<br>219 S. Dearborn St.<br>Chicago, IL 60604 |
| Judge Charles Norgle | US Courthouse<br>219 S. Dearborn St.<br>Chicago, IL 60604 |
| Judge Robert Dow, Jr. | US Courthouse<br>219 S. Dearborn St.<br>Chicago, IL 60604 |
| Justice Ann Claire Williams (retired) | US Courthouse<br>219 S. Dearborn St.<br>Chicago, IL 60604 |

Justice Richard Posner (retired)

US Courthouse
219 S. Dearborn St.
Chicago, IL 60604

Justice Ilana Rovner

US Courthouse
219 S. Dearborn St.
Chicago, IL 60604

Justice Michael Kanne

US Courthouse
219 S. Dearborn St.
Chicago, IL 60604

Justice Daniel Manion

US Courthouse
219 S. Dearborn St.
Chicago, IL 60604

Justice Kenneth Ripple

US Courthouse
219 S. Dearborn St.
Chicago, IL 60604

Justice Frank Easterbrook

US Courthouse
219 S. Dearborn St
Chicago, Il 60604

Justice William Bauer

US Courthouse
219 S. Dearborn St.
Chicago, IL 60604

Chief Justice Diane Woods

US Courthouse
219 S. Dearborn St.
Chicago, IL 60604

Army Board for Correction of
Military Records

Department of Army
251 18th St. South
Arlington, VA 22202

US Attorney James Kubic

US Attorney Office
US Courthouse
219 S. Dearborn St.
Chicago, IL 60604

US Attorney Richard Dockett

US Dept. of Justice
950 Pennsylvania Ave. NW
Washington DC 20330

Jeffrey Lieb

Dept. of Army
Army Review Board Agency
251 18th St. South
Ste. 385
Arlington, VA 22202

Steve Mnuchin

Dept. of Treasury
1500 Pennsylvania Ave NW
Washington DC 20220

Gen. Leslie Smith

Office of Inspector General
1700 Army Pentagon
Washington DC 20310

Col. Karen Wrancher

Office of Inspector General
1700 Army Pentagon
Washington DC 20310

Dr. Mark Esper

Secretary of the Army
101 Army Pentagon
Washington DC 20310

| Patrick Shanahan | Secretary of Defense<br>1000 Defense Pentagon<br>Washington DC 20301 |
| --- | --- |
| Cheryl Santilli | Dept. of Labor<br>200 Constitution Ave. NW<br>Washington DC 20210 |
| Richard Fiore | Dept. of Labor<br>200 Constitution Ave. NW<br>Washington DC 20210 |
| Janet Granger | Dept. of Labor<br>200 Constitution Ave. NW<br>Washington Dc 20210 |
| Samuel Parks | Dept. of Labor<br>200 Constitution Ave. NW<br>Washington DC 20210 |
| Dotress Reeves | Dept. of Labor<br>200 Constitution Ave.<br>Washington DC 20210 |
| Charles Wilson | Dept. of Labor<br>200 Constitution Ave. NW<br>Washington DC 20210 |
| Heather Higgins | Dept. of Labor<br>200 Constitution Ave. NW<br>Washington DC 20210 |
| Alexander Acosta | Dept. of Labor<br>200 Constitution Ave. NW<br>Washington DC 20210 |

Andrew Braniff

US Dept. of Justice
950 Pennsylvania Ave. NW
Washington DC 20330

Delores Kennebrew

US Department of Justice
Litigation section
950 Pennsylvania Ave. NW
Washington DC 20330

Eric Dreiband

US Dept. of Justice
950 Pennsylvania Ave. NW
Washington DC 20330

*William Barr*

US Dept. of Justice
950 Pennsylvania Ave. NW
Washington DC 20330

Antoinette Kwateng

Office of Executive Inspector
General
69 W. Washington St.
Ste. 3400
Chicago, IL 60602

Susan Haling

Office of Executive Inspector
General
69 W. Washington St.
Ste. 3400
Chicago, IL 60602

Pam Hansford

David Pivnick
McGuire Woods, LLP
Ste. 4100
77 W. Wacker Dr.
Chicago, IL 60601

| | |
|---|---|
| Nader Bozorgi | David Pivnick<br>McGuire Woods, LLP<br>Ste. 4100<br>77 W. Wacker Dr.<br>Chicago, IL 0601 |
| Jay Koikemeister | David Pivnick<br>McGuire Woods, LLP<br>Ste. 4100<br>77 Wacker Dr.<br>Chicago, IL 60601 |
| 900 N. Michigan Surgery Ctr. | David Pivnick<br>McGuire Woods, LLP<br>Ste. 4100<br>77 Wacker Dr.<br>Chicago, IL 60601 |
| Ambulatory Anesthesiologist of Chicago | David Pivnick<br>McGuire Woods, LLP<br>Ste. 4100<br>77 Wacker Dr.<br>Chicago, IL 60601 |
| Magna Health Systems | David Pivnik<br>McGuire Woods, LLP<br>Ste. 4100<br>77 Wacker Dr.<br>Chicago, IL 60601 |
| David Pivnik | McGuire Woods, LLP<br>Ste. 4100<br>77 Wacker Dr.<br>Chicago, IL 0601 |

James Bennett
IL Dept. of Human Rights
100 W. Randolph St
Chicago, Il 60603

IL Dept. of Insurance
Office of Attorney General
12th floor
100 W. Randolph St.
Chicago, IL 60603

Lisa Madigan IL AG
Office of Attorney General
12th Floor
100 W. Randolph St.
Chicago, IL 60603

IL Dept. of Financial and Professional Reg.
Office of Attorney General
12th Floor
100 W. Randolph St.
Chicago, IL 60603

Jay Stewart  IDFPR
Office of Attorney General
12th Floor
100 Randolph St.
Chicago, IL 60603

A Forrester  IDFPR
Office of Attorney General
12th Floor
100 W. Randolph St.
Chicago, IL 60603

J. Fenton IDFPR
Office of Attorney General
12th Floor
100 Randolph St.
Chicago, IL 60603

IL Dept. of Human Rights

Office of Attorney General
12th Floor
100 Randolph St.
Chicago, IL 60603

James Bennett

Office of Attorney General
12th Floor
100 Randolph St.
Chicago, IL 60603

John Andresak

Daniel Formeller
Tressler LLP
22nd Floor
233 S. Wacker Dr.
Chicago, IL 60606

DuPage Orthopedic Surgery Ctr.

DuPage Orthopedic Surgery
Ctr.
27650 Ferry Rd.
Warrenville, IL 60555

Sheldon Nagelberg

Jeromy Boeder
Michael Mayer
Tribler, Orpett & Mayer
Ste. 1300
225 W. Washington St.
Chicago, IL 60606

53 W. Jackson Blvd.
Ste. 664
Chicago, IL 60604

JoAnne Bruzgul

Mark Szaflarski
5th Floor
120 S. State St.
Chicago, IL 60603

AMA Insurance

Erik Tomberg
Wilson, Elsor, Moskowitz,
Edolman & Dicker, LLP
Ste. 3800
55 W. Monroe St.
Chicago, IL 60603

Healthcare Service Corporation (Blue Cross/
BlueShield)

Michael McColl
Thomas Orlando
Ste. 140
222 N. LaSalle St.
Chicago, IL 60601

United States Automobile Assoc. (USAA)`

Evangelas Spyratos
Spyratos, Davis, LLC
Ste. 2050
Chicago, IL 60601

Donald Pochyly

Dr. D. Pochyly
800 W. Central Rd.
Arlington Hts., IL 60005

Northwest Community Healthcare

800 W. Central Rd.
Arlington Heights, IL 60005

Bruce Crowthers

John Kramer
Kramer Law Grp.
134 N. Washington St.
Naperville, IL 60540

Michael Brohman

Stuart Gimbel
Kamensky Rubinstein Huchman
& Deloit
Ste. 200
7250 N. Cicero Ave.
Lincolnwood, IL 60646

Kamensky Rubinstein Huchman & Deloit

Kamensky Rubinstein Huchman & Deloit
Ste. 200
7250 N. Cicero Ave.
Lincolnwood, IL 60646

Phil Williams

Michael Brohman
Roetzel & Andress, LPA
Ste. 300
20 S. Clark St.
Chicago, IL 6060340

Robert Bartolone

Michael Brohman
Roetzel & Andress, LPA
Ste. 300
20 S. Clark St.
Chicago, IL 6060340

Julie Jones

Michael Brohman
Roetzel & Andress, LPA
Ste. 300
20 S. Clark St.
Chicago, IL 6060340

Trevor DeSilva

Michael Brohman
Roetzel & Andress
Ste. 300
20 S. Clark St.
Chicago, IL 60603

11

Cynthia Valukas

Michael Brohman
Roetzel & Andress, LPA
Ste. 300
20 S. Clark St.
Chicago, IL 60603

Manahar Awatrimani

Michel Brohman
Roetzel & Andress, LPA
Ste. 300
20 S. Clark St.
Chicago, IL 60603

Northwest Suburban Anesthesiologist LTD

Michael Brohman
Roetzel & Andress, LPA
Ste. 300
20 S. Clark St.
Chicago, IL 60603

McDermott Will & Emory

McDermott Will & Emory
Ste. 4400
227 W. Monroe St.
Chicago, IL 60606

Brian Hucker

Alan Rutkoff
McDermott Will & Emory
Ste. 4400
227 W. Monroe St.
Chicago, IL 60606

CCA Restoration

Patrick Deady
Hogan Marren Bubbo & Rose
LTD
Ste. 1301
321 N. Clark St.
Chicago, IL 60654

BMO Harris Bank

Richard Polony
Hinshaw & Culbertson LLP
Ste. 300
222 N. LaSalle St.
Chicago, IL 60601

Continental Anesthesiologist

Brian Sundheim
Pretzel & Stoffer, Charter
Suite 2500
One S. Wacker Dr.
Chicago, IL 60606

David Carr

Brian Sundheim
Prezel & Stoffer, Charter
Ste. 2500
One S. Wacker Dr.
Chicago, IL 60606

CEO Continental Anesthesiologist

Briam Sundheim
Pretzel & Stoffer, Charter
Ste 2500
One S. Wacker Dr.
Chicago, IL 60606

David ??

Brian Sundheim
Pretzel & Stoffer, Charter
Ste. 2500
One Wacker Dr.
Chicago, Il 60606

Delores Pfiffer (US Army civilian)

Secretary of the Army
101 Army Pentagon
Washington DC 20301

Patrick Gookin

Dept. of Defense
Office of Inspector General
4800 Mark Center Drive
Alexandria, VA  22350

Derrick B. Tartt, pro se