

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

DERRICK B. TARTT,                     )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )  Case No.: 5:20-CV-00094-DCB-MTP
                                      )
UNITED STATES OF AMERICA, *et al.*,   )
                                      )
                                      )
    Defendants.                       )


## PRO SE DEFENDANTS LEONARD J. MARSICO and NATHAN R. PITTMAN'S MOTION TO DISMISS COMPLAINT

Defendants Leonard J. Marsico[1] and Nathan R. Pittman, both, pro se, hereby respectfully move to dismiss, with prejudice, the complaint filed by Plaintiff Derrick B. Tartt as to them pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), and 12(b)(6),[2] for the reasons set forth in the accompanying memorandum.


Dated:  June 8, 2020                    Respectfully submitted,

                                        _____
                                        Leonard J. Marsico
                                        D.C., Bar No. 1005499
                                        lmarsico@mcguirewoods.com

---

[1] In his Complaint, Plaintiff spells Mr. Marsico's last name incorrectly, as "Maarisico." *See* ECF No. 1, Part I.B..
[2] Defendants do not request an oral hearing on this motion under L.U.Civ.R. 7(b)(6)(A).

*Nathan R. Pittman*
Nathan R. Pittman
D.C. Bar No. 1034420
*npittman@mcguirewoods.com*

McGuireWoods LLP
2001 K Street N.W., Suite 400
Washington, D.C. 20006-1040
Telephone: 202-828-1700
Facsimile: 202-857-1737
*Pro Se*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this June 8, 2020, a true and correct copy of the foregoing was served upon all parties of record via first class mail, postage pre-paid to:

>Derrick B. Tartt
>1714 NW 192nd Street
>Miami Gardens, Florida 33056
>*Pro se Plaintiff*
>
>United States of America
>A. Craig Lawrence
>Katherine Palmer-Ball
>US Attorneys
>555 4th St., NW,
>Washington, D.C. 20530
>
>Gordon Rees Scully
>1300 I St., NW, Suite 825
>Washington D.C. 20005
>
>M. Patrick Yingling
>10 S. Wacker Dr. Suite 4000
>Chicago, IL 60606

Leonard J. Marsico
Pro Se